NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1253, -1250

APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP,

Plaintiff-Appellant,

v.

ILLUMINA, INC. and STEPHEN C. MACEVICZ,

Defendants-Appellees,

and

SOLEXA, INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Northern District of California in case no. 07-CV-02845, Judge William H. Alsup.

ON MOTION

Before NEWMAN, Circuit Judge.

## O R D E R

Applera Corporation – Applied Biosystems Group moves for a 30-day extension of time, until June 12, 2009, to file its opening brief. Illumina, Inc., Stephen C. Macevicz, and Solexa, Inc. oppose. Applera replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

**MAY 1 9 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Edward R. Reines, Esq.
     Kevin M. Flowers, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 9 2009

JAN HORBALY
CLERK

2009-1253, -1260                    - 2 -